Gladys BISSONETTE, et al., Appellants,

v.

Alexander HAIG, et al., Appellees.

Theodore J. LOEFFLER,
Appellee/Cross
Appellant,

v.

Paul N. CARLIN, etc.,
Appellant/Cross Appellee.

CHAUFFEURS, TEAMSTERS AND HELPERS, etc., Appellant,

v.

C.R.S.T., INC. (sic), Appellee.

Reed Wayne HAMILTON, Appellant,

v.

Crispus NIX, etc., et al., Appellees.

Nos. 84–2617–SD, 84–2553–EM, 84–2574–EM, 85–1301–NI and 84–2089–SI.

United States Court of Appeals, Eighth Circuit.

April 8, 1986.

ORDER

The Court has before it the following petitions:

1.) Petition for rehearing en banc filed by appellee/cross-appellant Loeffler in appeals 84–2553 and 84–2574.

2.) Petition for rehearing en banc filed by appellee in appeal 85–1301.

3.) Petition for rehearing en banc filed by appellees in appeal 84–2089.

4.) Petition for rehearing en banc filed by appellees in appeal 84–2617.

The petitions in Nos. 84–2553/84–2574, 84–2089 and 84–2617 are granted. The petition for rehearing en banc in 85–1301 was previously granted on March 21, 1986. The Clerk is directed to schedule these appeals for argument on Thursday, May 15, 1986, at St. Paul, Minnesota.